**No. 50352.**—Protests 933701–G, etc., of H. C. Donaldson Co., Inc. (Los Angeles).

Opinion by OLIVER, P. J.    At the trial it was stipulated that the merchandise in question is similar in all material respects to that involved in *H. C. Donaldson Co.* v. *United States* (30 C. C. P. A. 223, C. A. D. 236), which record was admitted in evidence herein.    In accordance therewith it was held that the coke is entitled to free entry and not subject to the internal revenue tax assessed.

**No. 50353.**— Protest 989613–G, etc., of H. H. Elder & Co. et al. (Los Angeles).

Opinion by OLIVER, P. J.    It was stipulated that the merchandise is the same in all material respects as that passed upon in Abstract 49600, which record was admitted in evidence herein.    In accordance therewith the protests were sustained as claimed.

**No. 50354.**—Protest 110227–K of A. W. Fenton Co., Inc. (Cleveland).

Opinion by COLE, J.    The protest was dismissed.